IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JOHN OLIVER,

        Petitioner,               No. CIV S-08-2282 EFB P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,

        Respondent.            ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has paid the $5.00 filing fee. *See* 28 U.S.C. § 1914(a).

       A petitioner seeking a writ of habeas corpus must name as respondent the person having custody over him. 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases. This person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Petitioner names as the respondent the California Department of Corrections, which does not have custody over petitioner. Petitioner has not named the proper respondent.

////

////

1     Accordingly, it is ORDERED that the September 29, 2008, petition is dismissed with
2 leave to file an amended petition naming the proper respondent within 30 days of the date of this
3 order.  Petitioner's failure to file an amended petition will result in this action being dismissed
4 without prejudice.  The Clerk of the Court is directed to send to petitioner the form Petition for a
5 Writ of Habeas Corpus used in this court.
6 Dated: January 14, 2009.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE